No. 66260.—Ross Products, Inc. *v.* United States, protest 60/30121 (New York).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of "Goofy Goony Birds" similar in all material respects to those the subject of Abstract 65633, the claim of the plaintiff was sustained.